

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00793-CV

**IN THE INTEREST OF G.A.M. AND G.A.M., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA00997
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Geneva Garcia's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on January 12, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court